People of the State of Illinois ex rel. Mercantile National Bank of Chicago, Appellee, v. City of Chicago et al., Appellants.

Gen. No. 41,119.

opinion filed November 26, 1940; rehearing denied and opinion slightly modified January 8, 1941. Barnet Hodes, Corporation Counsel, for appellants; Sydney R. Drebin and J. Herzl Segal, Assistant Corporation Counsel, of counsel; Markman, Donovan & Sullivan, for appellee; John P. Sullivan and Henry O. Nickel, of counsel. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''